IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

KENNETH CLARK,

Plaintiff,

v.

WARDEN KILPATRICK; DEPUTY WARDEN SMITH; DEPUTY WARDEN CLARK; UNIT MANAGER WEST; LIEUTENANT WHITFIELD; SERGEANT JOHNSON; SERGEANT WAYCASTLE; and SERGEANT KELLY,

Defendants.

CIVIL ACTION NO.: 6:18-cv-68

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 25). Plaintiff Kenneth Clark ("Clark") did not file Objections to the Report and Recommendation.[1] Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Clark's Complaint, (doc. 1), **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and **CLOSE** this case, and **DENIES** Clark *in forma pauperis* status on appeal.

SO ORDERED, this 20th day of March, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] On January 29, 2019, the Clerk of Court mailed a copy of the Magistrate Judge's Report and Recommendation to Plaintiff at his last known address, doc. 24. Though the Court received a notice of change of address from Plaintiff on February 11, 2019 (postmarked February 4, 2019), doc. 27, the Report and Recommendation was not returned to the Court as undeliverable or otherwise failing to reach Plaintiff.